52 So.2d 885

### Cora Lee ALLEN v. CITY OF BIRMINGHAM.

6 Div. 40.

Court of Appeals of Alabama.

March 13, 1951.

Application for Rehearing Stricken March 28, 1951, Sup.Ct.Rule 38, Code 1940, Tit. 7, Appendix.

Geo. E. Trawick, of Birmingham, for appellant.

Chas. H. Brown, of Birmingham, for appellee.

HARWOOD, Judge.

Affirmed. Certiorari denied by Supreme Court 255 Ala. 695, 52 So.2d 884.

53 So.2d 891

### Martha BIBB v. CITY OF BIRMINGHAM.

6 Div. 129.

Court of Appeals of Alabama.

May 1, 1951.

Rehearing Denied May 29, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

CARR, Presiding Judge.

Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So.2d 761; Id., 254 Ala. 515, 48 So.2d 768.

52 So.2d 886

### Grady ALSBROOKS v. STATE.

8 Div. 974.

Court of Appeals of Alabama.

June 23, 1951.

PER CURIAM.
Affirmed.

55 So.2d 925

### Cecil BISHOP v. STATE.

4 Div. 189.

Court of Appeals of Alabama.

Nov. 20, 1951.

PRICE, Judge.
Affirmed.